IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS CHILD SUPPORT DIVISION,<br>　　　　　Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§　No. 3:12-MC-00050-K<br>§<br>§<br>§<br>§ |

## REPORT AND RECOMMENDATION

This case was referred to the United States Magistrate Judge. The Court has considered the unopposed Motion to Dismiss of the Office of the Attorney General of Texas ("Plaintiff"). The United States Department of the Treasury, Internal Revenue Service ("Defendant"), issued a subpoena to Plaintiff, and Plaintiff filed a Motion to Quash the subpoena. Defendant subsequently withdrew the subpoena. Accordingly, no issues remain to be decided. Plaintiff's Motion to Dismiss should be granted, and the case should be administratively closed.

SO RECOMMENDED, June 20, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE