IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS CHILD SUPPORT DIVISION,<br>            Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,<br>            Defendant. | §<br>§<br>§<br>§<br>§  No. 3:12-MC-00050-K<br>§<br>§<br>§<br>§ |

ORDER OF DISMISSAL

This case came on for consideration on the recommendation of the United States Magistrate Judge that the unopposed Motion to Dismiss of the Office of the Attorney General of Texas ("Plaintiff") be granted.  This case arises from a subpoena issued to Plaintiff by the United States Department of the Treasure, Internal Revenue Service ("Defendant").  Plaintiff filed a Motion to Quash the subpoena, and Defendant subsequently withdrew the subpoena.  Accordingly, no issues remain to be decided.  The United States Magistrate Judge's recommendation is accepted, and Plaintiff's Motion to Dismiss is granted.  The Clerk of Court shall administratively close the case.

SO ORDERED.

Signed this 9th day of July, 2012.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE